UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x       Case No: 21-22527
IN RE:

**AFFIRMATION OF POST-PETITION PAYMENTS**

Edgar M. Guaman,

Debtor.
............................................................x

    I, Lauren M. Osa in support of confirmation of the above captioned bankruptcy case certify that:

    The above Debtor has made all post-petition mortgage payments to Rushmore Loan Management Services LLC regarding property located at 115 Brandon Rd Yonkers, NY 10704 Westchester for the mortgage loan and is current as of March 23, 2022. Information of payment was confirmed by the review of debtor's mortgage statements for account ending in 3504.

                                                        */s/ Lauren M. Osa*
                                                        Lauren M. Osa, Esq.